

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00038-CR
### No. 10-10-00039-CR

## EX PARTE ALEJANDRO GARCIA

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court Nos. 08-00711-CRF-85**
**and 08-00744-CRF-85**

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss these appeals under Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeals. Appellant personally signed the motion. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.* Accordingly, the appeals are dismissed.


                                             FELIPE REYNA
                                             Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeals dismissed
Opinion delivered and filed April 28, 2010
Do not publish
[CR25]